## AFFIDAVIT OF SERVICE

SHERIFFS NUMBER: S20001628        DEFENDANT SEQUENCE 5 OF 7                07/13/2020

### Subpoena - Out of State

I, Armando B. Fontoura, Sheriff of Essex County, do hereby deputize DANIEL DEAMORIM and appoint to be my Deputy, To Serve and Return the Summons and Complaint according to Law.

COURT OF ISSUANCE: UNITED STATES DISTRICT COURT
ENTERED BY: VINCENT
ATTORNEY

| | Check # | Receipt # | Receipt Amt |
|---|---|---|---|
| JOHN J BOWERS COUNSEL FPR PLAINTIFF SECURIT 100 F STREET WASHINGTON DC 20549-4473 | 2010 | 253538 | 177.70 |

COURT:    UNITED STATES DISTRICT COURT
Docket #: 120CV02784RMBJS        State: NJ

### CAPTION OF CASE

Name:   UNITED STATES SECURITIES AND EXCHANGE COMMISSION,
Vs      DENIS GEORGIYEVICH SOTNIKOV, ET AL.,
              DEFENDANT OR NAMED WITHIN TO BE SERVED
Name:   EXPERT DIGITAL LLC
Address: 354 DOREMUS AVE
         NEWARK NJ 07105

Hearing Date:
Time:

Papers served: SUMMONS AND COMPLAINT AND JURY DEMAND

---------------------------- SERVICE DATA RECORDED ----------------------------

X SERVED SUCCESSFULLY    ___ UNABLE TO SERVE        NUMBER OF ATTEMPTS ___

DATE: 7/15/20  TIME: 09:00                          DATE:_____  DATE:_____
REMARKS: Served by Jail officer burgess Due to covid-19

___ Personally Delivered  X Officer    ___ Managing Agent    ___ Registered Agent
___ Copy left with competent household member   ___ Agent Authorized to accept

                                                  Is in the Military   Is not in the Military

Person Served... Burgess
                                                  (Title/Relationship)

Sex:    X Male       ___ Female
Skin:   ___ White    X Black     ___ Yellow    ___ Brown    ___ Red
Height: ___ Under 5'  ___ 5'-5.6'   X 5.7'-6'   ___ Over 6'
Weight: ___ Under 100# ___ 100-150# ___ 151-200# X Over 200#
Hair:   ___ Black  ___ Brown  ___ Blonde  ___ Gray  ___ Red  ___ White  X Balding
Age:    ___ 14-20  ___ 21-35  X 36-50  ___ 51-65  ___ Over 65

DAMARY ACEVEDO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires July 22, 2024

SWORN TO AND SUBSCRIBED
BEFORE ME ON  7/16/20   [signature]

SIGNATURE [signature]
SHERIFF'S OFFICER OF ESSEX COUNTY
STATE OF NEW JERSEY